United States District Court
Southern District of Texas
**ENTERED**
July 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGELIC SETCHELL,<br>    *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:24-CV-02534 |
| MARVELOUS COUNSELING &<br>THERAPY, PLLC,<br>    *Defendant*. | § § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 29, 2026 (Dkt. 38) and no party having filed objections, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, Angelic Setchell's Motion to Reinstate Case (Dkt. 34) is **DENIED**.

**SIGNED** at Houston, Texas this ___15th___ day of July, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE